**Order filed September 30, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00542-CV

---

**IN RE RENEE SIZEMORE, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-259360**

---

## O R D E R

Relator's appendix to the petition for writ of habeas corpus contains unredacted sensitive information of relator's minor children. *See* Tex. R. App. P. 9.9(a)(3). Parties are required to redact all sensitive information in documents filed in this court unless the inclusion of the sensitive data is specifically required by a statute, court rule, or administrative regulation. *Id*. 9.9(b). There is no statute, court rule, or administrative regulation requiring the inclusion of sensitive data applicable to this original proceeding. Therefore, we order relator to redact all sensitive information from the documents included with her appendix to the petition and refile them in this court on or before October 8, 2021.

Additionally, relator must file with the petition a sufficient record to establish the right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Rule 52.7(a)(2) requires the relator to file with the petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered into evidence, or a statement that no testimony was adduced in connection with the matter complained." Tex. R. App. P. 52(a)(2).

The trial court's order indicates that before holding relator in contempt, on April 23, June 29, July 30, August 19, August 23, and September 27, 2021, the trial court heard Movant's Amended Motion for Enforcement of Possession or Access. The trial court's contempt order states "[t]he record of testimony was duly reported by the court reporter for the 505th Judicial District Court." Relator's petition, however, is not accompanied by a reporter's record of the hearings held in this matter. *See* Tex. R. App. P. 52(a)(2).

By this order, the Court gives relator notice that the petition will be dismissed unless an amended petition is filed that addresses the record issues identified above on or before October 8, 2021.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.